JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FANNIE JONES-HUNDLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LYNWOOD UNIFIED SCHOOL DISTRICT, ANIM MENER<br><br>　　　　Defendants. | CASE NO.<br>CV 07-05025 DDP (CTx)<br><br>**JUDGMENT** |

This action came on for hearing before the Court, on July 13, 2009, Hon. Dean D. Pregerson, District Judge Presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

\\\

\\\

\\\

1    IT IS ORDERED AND ADJUDGED that the Motion for Summary Judgment is
2 GRANTED and that defendant Lynwood Unified School District and Anim Mener
3 recover their costs.

5 DATED: August 12, 2009

By: _____
United States District Judge